UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONIMA-US CORP.,

    Plaintiff,                                          Case No.: 19-cv-12788

v.                                                   Hon. Matthew F. Leitman

PENDA CORPORATION,

    Defendant.
_____/

## ORDER SETTING ASIDE THE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT

THIS MATTER having come on before this Court upon the Plaintiff's Ex-Parte Motion for Order Setting Aside Clerk's Entry of Default Against Defendant (the "Motion"), and the Court otherwise being advised on the premises:

THE COURT HEREBY FINDS that the Court has jurisdiction over this matter;

IT IS ORDERED that the Clerk's Entry of Default Against Defendant is set aside.

IT IS FURTHER ORDERED that Plaintiff has seven (7) days from entry of this Order to file an Amended Complaint.

**IT IS SO ORDERED**.

                                                /s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: November 19, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2019, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda  
                                           Case Manager  
                                           (810) 341-9764